# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>R. SAMUELS,<br><br>　　　　　Defendant. | CASE No. 1:12-cv-01404-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR STATUS AS MOOT<br><br>(ECF No. 11) |

Plaintiff Jesse Washington ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was filed on August 27, 2012. (ECF No. 1.) On August 28, 2013, Plaintiff filed a motion requesting a status update. (ECF No. 11.) The Court notifies Plaintiff's that his complaint is currently in the screening stage. Future requests for status updates will be denied.

The Court is required to screen complaints brought by prisoners seeking relief against a government entity or officer or employee of a government entity. 28 U.S.C. § 1915A(a). This Court and its staff takes its role serious in complying with statutes and other obligations under the United States Constitution and laws of the United States. As Plaintiff's case is not the only case under consideration by the Court and because cases are screened in the order in which they are filed, absent good cause, the Court will screen cases in that order and will continue strive to avoid delays whenever possible. Accordingly,

IT IS HEREBY ORDERED that the Court DENIES Plaintiff's motion for a status update.

IT IS SO ORDERED.

Dated:   **August 29, 2013**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE