UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>R. SAMUELS, et al.,<br><br>        Defendant. | Case No.: 1:12-cv-01404-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO FILE A FIRST AMENDED COMPLAINT AS UNNECESSARY<br><br>[ECF No. 14] |

Plaintiff Jesse Washington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 8, 2013, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a), and found some claims cognizable and other claims non-cognizable. Plaintiff was granted the option of filing an amended complaint or notifying the Court of his intent to proceed on the claims to be cognizable.

///
///
///
///
///
///

1

On November 22, 2013, Plaintiff filed a motion to file a first amended complaint, along with filing a first amended complaint. Inasmuch as permission was not required for Plaintiff to file a first amended complaint, his motion is DENIED as unnecessary. Plaintiff is advised that the Court will screen its complaint in due course and appropriate orders will issue.

IT IS SO ORDERED.

Dated: **December 3, 2013**

UNITED STATES MAGISTRATE JUDGE