|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JESSE WASHINGTON, | ) Case No.: 1:12-cv-01404-AWI-SAB (PC) |
|---|---|
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR ISSUANCE OF SERVICE ORDER |
| v. | |
| R. SAMUELS, et al., | ) [ECF No. 17] |
| Defendant. | |

Plaintiff Jesse Washington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On January 28, 2014, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and contained notice that Objections to the Findings and Recommendations were to be filed within ten days. On February 5, 2014, Plaintiff filed a non-opposition to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on January 28, 2014, is adopted in full; and
2. This action shall proceed solely on Plaintiff's First Amendment retaliation claim against Defendant R. Samuels and all other claims are DISMISSED, without leave to amend, for failure to state a cognizable claim.

IT IS SO ORDERED.

Dated:   February 13, 2014

_____
SENIOR  DISTRICT  JUDGE