# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>R. SAMUELS, et al.,<br><br>    Defendant. | Case No.: 1:12-cv-01404-AWI-SAB (PC)<br><br>ORDER DISREGARDING AS MOOT PLAINTIFF'S MOTION FOR STATUS OF ISSUANCE OF SERVICE ORDER<br><br>[ECF No. 20] |

Plaintiff Jesse Washington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 4, 2014, Plaintiff filed a motion regarding the status of issuance of service of process. On June 5, 2014, the Court issued an order forwarding Plaintiff the necessary service of process documents for completion and return to the Court. Plaintiff submitted the necessary documents on June 16, 2014, and the Court directed service by the U.S. Marshal on June 17, 2014. Accordingly, Plaintiff's motion for issuance of the service order is DENIED as moot.

IT IS SO ORDERED.

Dated: **July 1, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1