UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. SAMUELS, et al.,<br><br>　　　　　Defendant. | Case No.: 1:12-cv-01404-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT SAMUELS TO FILE A RESPONSE TO PLAINTIFF'S REPLY WITHIN FIFTEEN DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF No. 42] |

　　　　Plaintiff Jesse Washington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This action is proceeding against Defendant R. Samuels for retaliation in violation of the First Amendment.

　　　　On April 24, 2015, Plaintiff filed a motion to compel discovery.  Defendant Samuels filed an opposition on May 15, 2015, and Plaintiff filed a reply on May 29, 2015.  Although the motion is deemed submitted to the Court for review pursuant to Local Rule 230(l), the Court finds that a response from Defendant to Plaintiff's reply, filed May 29, 2015, may be of assistance to resolve

///

///

///

///

1

1  Plaintiff's pending motion to compel.  Accordingly, within **fifteen (15)** days from the date of service
2  of this order, Defendant shall file a response to Plaintiff's reply, filed May 29, 2015.

IT IS SO ORDERED.

Dated:   **June 2, 2015**

UNITED STATES MAGISTRATE JUDGE