UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>R. SAMUELS, et al.,<br><br>    Defendant. | Case No.: 1:12-cv-01404-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT SAMUELS TO FILE A RESPONSE TO PLAINTIFF'S OBJECTIONS, FILED JUNE 29, 2015, AND JULY 2, 2015, RESPECTIVELY<br><br>[ECF Nos. 46, 47] |

Plaintiff Jesse Washington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendant R. Samuels for retaliation in violation of the First Amendment.

On April 24, 2015, Plaintiff filed a motion to compel discovery. Defendant Samuels filed an opposition on May 15, 2015, and Plaintiff filed a reply on May 29, 2015. In accordance with the Court's June 2, 2015, order, Defendant filed a response to Plaintiff's reply. (ECF No. 44.)

On June 18, 2015, the Court denied Plaintiff's motion to compel finding that Defendant by way of supplemental responses had adequately responded to Plaintiff's discovery at issue in his motion to compel. (ECF NO. 45.)

///

///

1  On June 29, 2015, and July 2, 2015, respectively, Plaintiff filed "objections" indicating that Defendant's responses were not adequate and did not properly address his discovery requests.

The Court finds that a response from Defendant to Plaintiff's objections may be of assistance to resolve the pending discovery dispute.  Accordingly, it is HEREBY ORDERED that within **twenty-one (21)** days from the date of service of this order, Defendant Samuels to file a response to Plaintiff's "objections" filed June 29, 2015, and July 2, 2015.

IT IS SO ORDERED.

Dated:   **July 22, 2015**

UNITED STATES MAGISTRATE JUDGE