UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>R. SAMUELS, et al.,<br><br>    Defendant. | Case No.: 1:12-cv-01404-AWI-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S OBJECTIONS<br><br>[ECF Nos. 46, 47] |

   Plaintiff Jesse Washington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   This action is proceeding against Defendant R. Samuels for retaliation in violation of the First Amendment.

   On April 24, 2015, Plaintiff filed a motion to compel discovery. Defendant Samuels filed an opposition on May 15, 2015, and Plaintiff filed a reply on May 29, 2015. In accordance with the Court's June 2, 2015, order, Defendant filed a response to Plaintiff's reply. (ECF No. 44.)

   On June 18, 2015, the Court denied Plaintiff's motion to compel finding that Defendants by way of supplemental responses had adequately responded to Plaintiff's discovery at issue in his motion to compel. (ECF No. 45.)

   On June 29, 2015, and July 2, 2015, respectively, Plaintiff filed "objections" indicating that Defendant's responses were not adequate and did not properly address his discovery requests.

Pursuant to this Court's order, Defendant filed a response to Plaintiff's objections on August 13, 2015.  (ECF No. 52.)  Defendant submits that after a diligent search and reasonable inquiry there are no additional responsive documents aside from those previously produced by Defendant.  (ECF No. 44, Ex. A.)

Plaintiff is required to accept Defendant's representation, and this Court cannot order a defendant to produce documents that do not exist.  Furthermore, signed discovery responses are themselves certifications to the best of the person's knowledge, information, and belief formed after a reasonable inquiry, Fed. R. Civ. P. 26(g)(1)(B) (quotation marks omitted), as are other signed filings presented to the Court, see Fed. R. Civ. P. 11(b).  see also Fed. R. Civ. P. 33(c).  In addition, as counsel is aware, Defendant is required to supplement his discovery responses should he learn that his responses were incomplete or incorrect, if the incomplete or incorrect information has not otherwise been made known to Plaintiff.  Fed. R. Civ. P. 26(e)(1).  Accordingly, Plaintiff's objections to Defendant's supplemental responses provide no basis to modify the prior order.

IT IS SO ORDERED.

Dated:   **August 17, 2015**

UNITED STATES MAGISTRATE JUDGE