# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. SAMUELS,<br><br>　　　　Defendant. | Case No.: 1:12-cv-01404-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR COURT ORDER TO COMMUNICATE WITH INMATE WITNESS<br><br>[ECF No. 76] |

Plaintiff Jesse Washington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 7, 2015, Plaintiff filed a motion for a court order authorizing him to communicate with an inmate witness at another facility. (ECF No. 76.) Plaintiff indicates that he has followed the process outlined in California Code of Regulations, title 15, § 3139(a)-(c), but his request was improperly denied. Based on Plaintiff's allegations alone, the Court cannot determine the validity of the prison's response to Plaintiff's request, and therefore Defendant is directed to file a response to Plaintiff's motion within **twenty (20)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: __January 5, 2016__

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1