1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11   JESSE WASHINGTON,                    )   Case No.: 1:12-cv-01404-DAD-SAB (PC)
                                          )
12                  Plaintiff,            )
                                          )   ORDER DENYING AS MOOT PLAINTIFF'S
13          v.                            )   MOTION FOR COURT ORDER TO
                                          )   COMMUNICATE WITH INMATE WITNESS
14   R. SAMUELS,                          )
                                          )   [ECF Nos. 76, 80]
15                  Defendant.            )
                                          )
16   _____   )

17          Plaintiff Jesse Washington is appearing pro se and in forma pauperis in this civil rights action

18   pursuant to 42 U.S.C. § 1983.

19          On December 7, 2015, Plaintiff filed a motion for a court order to communicate with an inmate

20   witness.  (ECF No. 76.)  On January 5, 2016, the Court directed Defendant to file a response to

21   Plaintiff's motion.  (ECF No. 77.)  Defendant filed a response to Plaintiff's motion on January 22,

22   2016.  (ECF No. 80.)

23          In his response, defense counsel submits a declaration and attests that the issues raised by

24   Plaintiff in his motion have been addressed.  (Decl. of Jason Braxton, ¶¶ 2-4.)  More specifically,

25   defense counsel declares that on January 21, 2016, he "received notice from the litigation coordinator

26   at the institution housing Mr. Lawson (inmate witness) that Plaintiff's request had been approved.  (Id.

27   at ¶ 3; Ex. A.)  Accordingly, because Plaintiff has been authorized communicate with inmate witness

28

1

Lawson, Plaintiff's motion for a court order to authorize such communication shall be DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **January 25, 2016**

_____
UNITED STATES MAGISTRATE JUDGE