UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>   Plaintiff,<br><br>   v.<br><br>R. SAMUELS,<br><br>   Defendant. | No. 1:12-cv-01404-DAD-SAB (PC)<br><br>ORDER REASSIGNING THIS ACTION TO UNITED STATES MAGISTRATE JUDGE STANLEY A. BOONE PURSUANT TO PARTIES' VOLUNTARY CONSENT<br><br>(Doc. Nos. 36, 82, 84) |

   Plaintiff Jesse Washington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   On March 2, 2015, and January 28, 2016, plaintiff voluntarily consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c), and on February 3, 2016, defendant voluntarily consented to magistrate judge jurisdiction.  (Doc. Nos. 36, 82, 84.)  Pursuant to both parties' consent, this action shall be reassigned to United States Magistrate Judge Stanley A. Boone.

   Accordingly,

   1. This action is assigned to United States magistrate judge Stanley A. Boone for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

/////

2. The clerk of court is directed to reassign this action in its entirety to United States magistrate judge Stanley A. Boone; and

3. The new case number shall be 1:12-cv-01404-SAB (PC).

IT IS SO ORDERED.

Dated: __**February 23, 2016**__              _/s/ Dale A. Drozd_
                                            UNITED STATES DISTRICT JUDGE