UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>             Plaintiff,<br><br>      v.<br><br>R. SAMUELS,<br><br>             Defendant. | Case No.: 1:12-cv-01404-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S ORAL REQUEST TO WEAR CIVILIAN CLOTHING ON THE MORNING OF TRIAL ON AUGUST 2, 2016 |

Plaintiff Jesse Washington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is set for jury trial on August 2, 2016 before the undersigned.

On July 22, 2016, a telephonic motion in limine hearing took place. During the hearing, Plaintiff requested that he be permitted to wear street clothing, consisting of a shirt and tie, for the trial in this matter. In the Court's experience, the California Department of Corrections and Rehabilitation transports prisoners in cloth jumpsuits, but, taking into consideration safety and security issues, they may wear their civil clothing in the courtroom as is appropriate.

Plaintiff's request to wear civil clothing is GRANTED, subject to the presentation by Defendant of safety or security issues on the morning of trial.

///

///

1

The Clerk's Office is **DIRECTED** to serve a courtesy copy of this order on the Litigation Coordinator at California State Prison, Corcoran.

IT IS SO ORDERED.

Dated: **July 22, 2016**

UNITED STATES MAGISTRATE JUDGE