# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. SAMUELS,<br><br>　　　　　Defendant. | Case No. 1:12-cv-01404-SAB (PC)<br><br>ORDER THAT INMATE WILBERT LAWSON IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

A jury trial in this matter commenced on August 2, 2016, inmate Wilbert Lawson C.D.C.R. Inmate No. F-66049, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __August 2, 2016__　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1