# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>             Plaintiff,<br><br>      v.<br><br>R. SAMUELS,<br><br>             Defendant. | Case No. 1:12-cv-01404-SAB (PC)<br><br>ORDER THAT INMATE JESSE WASHINGTON IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

A jury trial in this matter commenced on August 2, 2016, inmate Jesse Washington C.D.C.R. No. D-23593, is no longer needed by the Court as a plaintiff in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **August 3, 2016**

                                               UNITED STATES MAGISTRATE JUDGE

1