

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

JESSE WASHINGTON,

        Plaintiff,

                          **JUDGMENT IN A CIVIL ACTION**

vs.

                          1:12-cv-01404-SAB (PC)

R. SAMUELS,

        Defendant.

     JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT R. SAMUELS and against PLAINTIFF JESSE WASHINGTON.

     Both of Defendant's Motions filed pursuant to Rule 50(a) of the Federal Rules of Civil Procedure are DENIED AS MOOT.

DATED: AUGUST 3, 2016

                                            MARIANNE MATHERLY, Clerk

                                            By:                          
                                                       Deputy Clerk